**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAMIE MILLS and MARISSA SCHRYER,**<br><br>Plaintiffs,<br><br>v.<br><br>**QUESTX, LLC,**<br><br>Defendant. | Case No. 1:21-CV-01065-JMB-RSK |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Plaintiffs, Jamie Mills and Marissa Schryer, by and through their undersigned counsel, individually and on behalf of all Opt-In Plaintiffs ("Plaintiffs"), file this Unopposed Motion for Settlement Approval and Dismissal with Prejudice ("Motion") seeking the Court's approval of the Settlement, specifically, the Settlement and Release Agreement, attached hereto as Exhibit A,[1] along with all exhibits thereto ("Agreement"), and certification of a collective action, for settlement purposes only. Approval of the proposed Agreement, Dismissal with Prejudice, and certification of a collective

---

[1] The Settlement Agreement has been redacted to obscure the Total Settlement Amount from this filing for confidentiality purpose, but a full and unredacted copy is being provide to this Court for *in camera* review. Moreover, Plaintiffs will supplement this filing to include a fully executed agreement upon receipt.

1

action is further supported by the attached Memorandum of Law and the declaration of Plaintiffs' lead counsel, Clif Alexander. Plaintiffs further state:

1. A *bona fide* dispute exists between Plaintiffs and Defendant QuestX, LLC ("Defendant").

2. The terms and conditions of the proposed settlement between Plaintiffs and Defendant, as defined and described in the Agreement, are fair, reasonable, and adequate.

3. The form of the Notice of Settlement and the method of disseminating this information to Plaintiffs, as described in the Agreement are fair, reasonable and adequate.

4. That the method of allocating a settlement award to each Plaintiff is fair, reasonable, and adequate.

5. That the attorneys' fees and costs are fair, reasonable, and adequate.

6. That for purposes of settlement a FLSA collective action should be certified, consisting of the following similarly situated individuals:

> The "Settlement Collective" or the "Collective" consists of all current or former hourly call-center employees who worked for QuestX, LLC anywhere in the United States, at any time from December 17, 2018 through April 25, 2022, who previously filed a consent to join this Lawsuit ("Named Plaintiffs and the Opt-In Plaintiffs" or "Plaintiffs").

7. Defendant does not oppose the relief requested herein.

Dated: June 28, 2022                    Respectfully submitted,

/s/ Clif Alexander
Clif Alexander
Austin W. Anderson
ANDERSON ALEXANDER, PLLC
Attorneys for Plaintiffs
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279
clif@a2xlaw.com
austin@a2xlaw.com

/s/ Jennifer McManus
Jennifer McManus (P65976)
FAGAN MCMANUS, P.C.
Attorneys for Plaintiffs
25892 Woodward Avenue
Royal Oak, Michigan
(248) 542-6300
jmcmanus@faganlaw.com

*Counsel for Plaintiffs and Opt-In Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Defendant's counsel of record and Defendant is not opposed to the filing of this Motion and supporting Memorandum, or the relief requested therein.

*/s/ Clif Alexander*
Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, a copy of the foregoing document was filed electronically in the United States District Court for the Eastern District of Michigan. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Clif Alexander*
Clif Alexander