UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE MILLS and MARISSA SCHRYER,
Individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

QUESTX, LLC,

        Defendant.

Case No. 1:21-CV-01065-JMB-RSK

Jennifer McManus (P65976)
FAGAN MCMANUS, P.C.
25892 Woodward Avenue
Royal Oak, Michigan
(248) 542-6300
jmcmanus@faganlaw.com

Clif Alexander
Austin W. Anderson
ANDERSON ALEXANDER, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279
team@a2xlaw.com

*Attorneys for Plaintiffs*

William H. Fallon (P33132)
Matthew M. O'Rourke (P79019)
MILLER JOHNSON
45 Ottawa Avenue, Suite 1100
Grand Rapids, Michigan 49503
(616) 831-1700
fallonw@millerjohnson.com
orourkem@millerjohnson.com

*Attorneys for Defendant*

**ORDER APPROVING SETTLEMENT AND
<u>DISMISSAL OF LAWSUIT WITH PREJUDICE</u>**

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, the Settlement Agreement, and the Declarations of Plaintiffs' Counsel, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g.*, *Dillworth et. al. v. Case Farms Processing, Inc.*, No. 5:08-cv-

1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this ___26th___ day of __July__ 2022 Ordered and Adjudged as Follows:

1. The Proposed Settlement is APPROVED, including, but not limited to, the Service Awards, attorneys' fees and costs to Plaintiffs' Counsel, and Notice Process.

2. That for purposes of settlement a FLSA collective action is certified, consisting of the following:

> The "Settlement Collective" or the "Collective" consists of all current or former hourly call-center employees who worked for QuestX, LLC anywhere in the United States, at any time from December 17, 2018 through April 25, 2022, who previously filed a consent to join this Lawsuit ("Named Plaintiffs and the Opt-In Plaintiffs" or "Plaintiffs").

> IT IS FURTHER ORDERED that:
> - All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;
> - Rust Consulting, Inc. will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;
> - Named Plaintiffs are appointed as the representatives for the Plaintiffs; and
> - Plaintiffs' Counsel (Jennifer McManus (P65976) of Fagan McManus, P.C. and Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC) are approved as Collective Counsel for the Plaintiffs.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement attached to the Motion to Approve Settlement are adequate, proper, comport with Due Process, and the Notice is hereby approved and authorized for distribution to the Plaintiffs;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that

are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without attorneys' fees or costs, except as provided in the Settlement Agreement.

/s/ Jane M. Beckering
Hon. Jane M. Beckering
United States District Judge